Case 3:23-cv-00049-KC   Document 4   Filed 03/17/23   Page 1 of 2

FILED
March 17, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ___Javier Martinez___
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| BRANDON CALLIER,<br><br>Plaintiff,<br><br>v.<br><br>MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ Cause EP-23-CV-00049-KC |

### PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Brandon Callier, in his individual capacity, and moves to dismiss Defendant MILBERG COLEMAN BYRSON PHILLIPS GROSSMAN, PLLC ("Milberg") with prejudice pursuant to Rule 41(a)(1)(A)(i).

March 16, 2023,                                   Respectfully submitted,

                                                  /s/ Brandon Callier
                                                  Brandon Callier
                                                  6336 Franklin Trail
                                                  El Paso, TX 79912
                                                  Callier74@gmail.com
                                                  915-383-4604

**CERTIFICATE OF SERVICE**

  I certify that on March 16, 2023, the foregoing document was electronically submitted to the Clerk of the Court for the Western District of Texas, using the electronic case filing system of the Court. I certify that I have mailed a copy to Defendant's registered agent.

March 16, 2023,                              Respectfully submitted,

Brandon Callier
6336 Franklin Trail
El Paso, TX 79912
Callier74@gmail.com
915-383-4604