IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **BRANDON CALLIER,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CAUSE NO. EP-23-CV-49-KC |
| | § | |
| **MILBERG COLEMAN BRYSON** | § | |
| **PHILLIPS GROSSMAN, PLLC,** | § | |
| | § | |
| Defendant. | § | |

## ORDER

On this day, the Court considered Plaintiff's Notice of Dismissal with Prejudice, ECF No. 4, filed on March 17, 2023, in the above-captioned case. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure and the terms of the Notice of Dismissal, the Court **ORDERS** that all of Plaintiff's claims in this case are **DISMISSED** with prejudice.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 20th day of March, 2023.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE